# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2797

_____

Moses Rogers,                                    *
                                                 *
                  Appellant,                     *
                                                 *    Appeal from the United States
         v.                                      *    District Court for the Eastern
                                                 *    District of Arkansas.
Linda Sanders, Warden,                           *        [UNPUBLISHED]
FCI-Forrest City,                                *
                                                 *
                  Appellee.                      *

_____

Submitted: March 30, 2007
Filed: April 5, 2007

_____

Before WOLLMAN, MURPHY, and BYE, Circuit Judges.

_____

PER CURIAM.

       Moses Rogers appeals the district court's[1] dismissal of his 28 U.S.C. § 2241
petition. We affirm on the basis of the district court's opinion. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Henry L. Jones, United States Magistrate Judge for the Eastern
District of Arkansas, to whom the case was referred for final disposition by consent
of the parties pursuant to 28 U.S.C. § 636(c).